**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | March 15, 2016 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-15-7428 (SJ) |
| **NAME OF CASE(S):** | POZOS V. TWO DIMITRIS CORP. ET AL |
| **FOR PLAINTIFF(S):** | Schulman |
| **FOR DEFENDANT(S):** | Michelin |
| **NEXT CONFERENCE(S):** | **JUNE 1, 2016 AT 2:30 P.M., IN-PERSON** (See Rulings Below) |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

The case management schedule (attached) proposed by the parties, calling for completion of fact discovery by September 15, 2016, is approved.  THE COURT WILL HOLD A STATUS AND SETTLEMENT CONFERENCE AT 2:30 PM ON JUNE 1, 2016.  PRINCIPALS SHALL BE PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.